UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY LYNN DIAL,           ) | |
|                   Petitioner,           ) | |
|                   v.           ) | Civil Action No. 07-0363 (ESH) |
| ALBERTO GONZALES, *et al.*,           ) | |
|                   Respondents.           ) | |

## ORDER

In accordance with the Memorandum issued this 26th day of February, 2007, it is

**ORDERED** that the petitioner for writ of habeas corpus is **DENIED**. It is

**FURTHER ORDERED** that the case is **DISMISSED** without prejudice.

                                                     /s/
                                      ELLEN SEGAL HUVELLE
                                      United States District Judge

DATE: February 26, 2007