UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JEFFREY LYNN DIAL,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-0363 (ESH) |
| ) | |
| **ALBERTO GONZALES,** *et al.*, ) | |
| ) | |
| Respondents. ) | |

## ORDER

Petitioner brought this action seeking a writ of *habeas corpus* under 28 U.S.C. § 2241. The Court construed petitioner's claim as one challenging his conviction entered by the United States District Court for the Middle District of Florida. The claim was dismissed without prejudice for lack of jurisdiction pursuant to 28 U.S.C. § 2255.

Petitioner has now filed a motion for reconsideration. He contends that a § 2255 motion is an inadequate remedy to challenge his conviction because that statute was never properly enacted by Congress. This claim is baseless. *See United States v. Hayman*, 342 U.S. 205, 211-19 (1952) (detailing legislative history of 28 U.S.C. § 2255). Plaintiff's claim that this Court is not one with jurisdiction under Article III of the Constitution is equally frivolous. *See Roell v. Withrow*, 538 U.S. 580, 588 (2003). Accordingly, it is

**ORDERED** that petitioner's motion for reconsideration [Dkt. #4] is **DENIED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE: March 19, 2007